UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.  CV 12-00613-DOC                                         Date  March 19, 2012

Title  In re Debtor Danny R. Still, Jr.
       Aram Arakelyan, et al. -v- Danny R. Still, Jr.

Present: The Honorable  DAVID O. CARTER

| D. Beard for Julie Barrera | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION    RETURNABLE:**

The Court, on its own motion, hereby ORDERS appellant(s) to show cause in writing no later than **March 30, 2012** why this action should not be dismissed for lack of prosecution.

This Order is based upon appellant's failure to file the documents required by Rule 8002, et seq. of the Bankruptcy Rules.  Counsel is advised that the Court will consider the filing of the following in Bankruptcy Court with a status report to the District Court as an appropriate response to this Order to Show Cause, on or before the above date, to avoid dismissal:

    X    Designation of Record

    X    Statement of Issues on Appeal

    X    Filing of Notice Regarding Ordering of Transcript

    __    Reporter's transcript

    __    Appellant's opening brief

    __    Appellee's opening brief

    __    Appellant's reply brief

If this case has been settled and/or dismissed in the Bankruptcy Court you must file a **separate** dismissal in the District Court also.

            :     

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-00613-DOC | Date | March 19, 2012 |
|---|---|---|---|
| Title | In re Debtor Danny R. Still, Jr. | | |
| | Aram Arakelyan, et al. -v- Danny R. Still, Jr. | | |

| | Initials of Preparer | db for jb |
|---|---|---|