UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   CV 12-00613-DOC                                                Date   March 19, 2012

Title   In re Debtor Danny R. Still, Jr.
        Aram Arakelyan, et al. -v- Danny R. Still, Jr.

Present: The Honorable   DAVID O. CARTER

    D. Beard for Julie Barrera                          Not Present
         Deputy Clerk                                  Court Reporter

   Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:
           Not Present                                  Not Present

**Proceedings:**   (In Chambers)   **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION   RETURNABLE:**

   The Court, on its own motion, hereby ORDERS appellant(s) to show cause in writing no later than **March 30, 2012** why this action should not be dismissed for lack of prosecution.

   This Order is based upon appellant's failure to file the documents required by Rule 8002, et seq. of the Bankruptcy Rules. Counsel is advised that the Court will consider the filing of the following in Bankruptcy Court with a status report to the District Court as an appropriate response to this Order to Show Cause, on or before the above date, to avoid dismissal:

   X   Designation of Record

   X   Statement of Issues on Appeal

   X   Filing of Notice Regarding Ordering of Transcript

   __  Reporter's transcript

   __  Appellant's opening brief

   __  Appellee's opening brief

   __  Appellant's reply brief

   If this case has been settled and/or dismissed in the Bankruptcy Court you must file a **separate** dismissal in the District Court also.

                                                                                        _____ : _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 12-00613-DOC | Date | March 19, 2012 |
| Title | In re Debtor Danny R. Still, Jr.<br>Aram Arakelyan, et al. -v- Danny R. Still, Jr. | | |

| | | |
|---|---|---|
| | Initials of Preparer | db for jb |